Per Curiam.
Affirmed . See Hart v. State , 246 So. 3d 417, 2018 WL 2049668 (Fla. 4th DCA May 2, 2018) (en banc). As we did in Hart , we certify conflict with Cuevas v. State , 241 So.3d 947 (Fla. 2d DCA 2018) ; Blount v. State , 238 So.3d 913 (Fla. 2d DCA 2018) ; Mosier v. State , 235 So.3d 957 (Fla. 2d DCA 2017) ; Alfaro v. State , 233 So.3d 515, 516 (Fla. 2d DCA 2017) ; and Burrows v. State , 219 So.3d 910, 911 (Fla. 5th DCA 2017).
Conner and Klingensmith, JJ., concur.
Warner, J. concurring with opinion.